UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>A TEMPORARY RIGHT TO ENTER<br>UPON LAND IN RUTHERFORD<br>COUNTY, TENNESSEE<br><br>GREGORY D. BARNETT<br>Defendants | Civil Action No. 3:07-cv-00542<br>Judge Wiseman |

## **JUDGMENT AND ORDER DISBURSING FUNDS**

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and the Defendant have consented to entry of this Judgment and Order Disbursing Funds (Judgment) under the terms hereinafter provided.

It is, therefore, Ordered and Adjudged that:

1. The temporary right to enter herein condemned shall expire upon the entry of this Judgment.

2. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to Gregory D. Barnett, in full satisfaction of this Judgment, and to mail said check to him at ~~1234 Cooks Court,~~ 9834 Split Log Rd. Brentwood, Tennessee 37027. *G.D.B.*

1

3. The Clerk of this Court shall furnish to the Plaintiff a certified copy of this Judgment.

It is so ORDERED.

*[Signature]*
United States District Judge

We hereby approve and consent
to the entry of this Judgment:

*[Signature]*

Edwin W. Small (TN BPR 012347)
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone   865-632-3021
Facsimile   865-632-6718
Email   ewsmall@tva.gov

Attorney for Plaintiff

*[Signature]*

Gregory D. Barnett

Defendant

003853926